UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PATRICK MANSWELL, ET AL.,

              Plaintiffs,        11 Civ. 7108 (JGK)

    - against -                 <u>ORDER</u>

KENTREL CORP., ET AL.,

              Defendants.
_____

JOHN G. KOELTL, District Judge:

    A hearing on the Motion on Consent for Preliminary Approval of the Class and Collective Action Settlement shall be held **Friday, December 14, 2012, at 11:30 a.m.**

SO ORDERED.

Dated:    New York, New York
           November 16, 2012

                                        _____
                                            John G. Koeltl
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/19/12