UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK MANSWELL, ET AL.,

               Plaintiffs,         11 Civ. 7108 (JGK)

   - against -                  ORDER

KENTREL CORPORORATION, ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    For the reasons explained at the conference today, subject to the changes identified by the Court, the motion for preliminary approval of the settlement agreement is **granted**. The parties should provide revised papers to the Court by **January 7, 2013**. A hearing on the final approval of the settlement agreement shall be held on **April 25, 2013, at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           December 19, 2012

                                       John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED 12/20/12