UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK MANSWELL, et al.,,
                Plaintiff,

            11 civ 7108 (JGK)

    -against-

KENTRELL CORPORATION, et al.,
                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/23/13

## ORDER

A hearing on final approval of the settlement agreement, originally scheduled for Thursday, April 25, 2013 at 4:30pm, is hereby **rescheduled for Wednesday, May 8, 2013 at 2:30pm.**

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 22, 2013