UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK MANSWELL, ET AL.,

              Plaintiffs,

- against -

KENTREL CORPORORATION, ET AL.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/13

11 Civ. 7108 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As stated at the hearing held today, another hearing on the final approval of the settlement agreement shall be held on **May 22, 2013, at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            May 8, 2013

                                      John G. Koeltl
                                      United States District Judge